Arkansas denied. *Messrs. J. W. House* and *C. H. Moses* for petitioner. No appearance for respondents. ▮

No. 601. THOMAS *v.* McFALL. February 23, 1932. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. George B. Webster* for petitioner. *Mr. A. C. Malloy* for respondent.

No. 606. UNITED STATES FIDELITY & GUARANTY CO. *v.* LEONG DUNG DYE. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. E. C. Brandenburg* and *Louis M. Denit* for petitioner. *Mr. Charles B. Dwight* for respondent.

No. 613. DES MOINES TERMINAL CO. *v.* DES MOINES UNION RY. CO. ET AL.; and

No. 614. CHICAGO GREAT WESTERN R. CO. ET AL. *v.* SAME. February 23, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. G. Gamble* and *R. L. Read* for Des Moines Terminal Co. *Messrs. J. C. James* and *Donald Evans* for Chicago Great Western R. Co. *Messrs. Homer Hall* and *John N. Hughes* for respondents.

No. 618. ADCOCK *v.* COMMISSIONER OF INTERNAL REVENUE. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Irvin H. Fathchild* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,*